## SARAH SATHER SPOONNICK v. CITY OF DULUTH.[1]

November 7, 1913.

Nos. 18,159—(47).[2]

Case followed.

Action in the district court for St. Louis county to recover $600 for injury to plaintiff's premises caused by a change of grade in the street in front. From an order overruling its demurrer to the complaint, Dancer, J., defendant appealed. Affirmed.

*Harvey S. Clapp* and *William P. Harrison*, for appellant.
*Charles L. Lewis* and *Neil E. Beaton*, for respondent.

PER CURIAM.

The facts involved, and the legal questions raised, in this case, are substantially like those in Sather v. City of Duluth, supra, page 300, 143 N. W. 906, and for the reasons therein stated, the order of the trial court in this case is affirmed.

So ordered.

[1] Reported in 143 N. W. 907.        [2] October, 1913, term calendar.